UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

|   |   |   |
|---|---|---|
|   | ) |   |
| IN RE: | ) |   |
| BRETT DERMONT DURHAM | ) | CASE NO. 09-82196 |
| HILARY BISHOP DURHAM | ) | CHAPTER 13 |
| DEBTORS | ) |   |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Sean M. Corcoran
Attorney at Law
Brock & Scott, PLLC
5121 Parkway Plaza Drive, Suite 300
Charlotte, NC 28217

as counsel for JPMorgan Chase Bank, NA successors in interest to Washington Mutual Bank, FA, a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*/s/ Sean M. Corcoran*
Sean M. Corcoran
State Bar Number 33387

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the date set forth below, this Notice of Appearance was served by first class U.S. mail, postage prepaid, or by electronic mail, if applicable, to the following:

John T Orcutt
6616 Six Forks Road
Suite 203
Raleigh, NC 27615

Richard M. Hutson
PO Box 3613
Durham, NC 27702

This is the 19th day of January, 2010

*//s/ Sean M. Corcoran*
Sean M. Corcoran
State Bar Number 33387