UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   BRETT DERMONT DURHAM                    CASE NO. 09-82196
   HILARY BISHOP DURHAM                     JUDGE WILLIAM L. STOCKS
   2737 MANSFIELD AVENUE
   DURHAM, NC 27703

      DEBTORS

SSN(1) XXX-XX-7326      SSN(2) XXX-XX-7498      DATE: 07/23/2010

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE COLLECTION SERVICE INC<br>421 FAYETTEVILLE ST MALL SUITE 600<br>RALEIGH, NC 27601 | $0.00<br>INT: .00%<br>NAME ID: 89724<br>CLAIM #: 0007 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ABSOLUTE COLLECTION SERVICE INC<br>421 FAYETTEVILLE ST MALL SUITE 600<br>RALEIGH, NC 27601 | $0.00<br>INT: .00%<br>NAME ID: 89724<br>CLAIM #: 0008 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ABSOLUTE COLLECTION SERVICE INC<br>421 FAYETTEVILLE ST MALL SUITE 600<br>RALEIGH, NC 27601 | $0.00<br>INT: .00%<br>NAME ID: 89724<br>CLAIM #: 0050 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BRANCH BANKING & TRUST**<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 1847<br>WILSON, NC 27894-1847 | $6,867.00<br>INT: .00%<br>NAME ID: 188826<br>CLAIM #: 0010 | UNSECURED<br><br>ACCT: 2091<br>COMMENT: |
| BRANCH BANKING & TRUST**<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 1847<br>WILSON, NC 27894-1847 | $31.81<br>INT: .00%<br>NAME ID: 188826<br>CLAIM #: 0048 | UNSECURED<br><br>ACCT: 4956<br>COMMENT: |
| BROCK & SCOTT PLLC<br>SEAN M CORCORAN<br>5121 PARKWAY PLAZA DR STE 300<br>CHARLOTTE, NC 28217 | $0.00<br>INT: .00%<br>NAME ID: 105882<br>CLAIM #: 0046 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP:JPMPRGAN CHASE BANK NA |
| CHEXSYSTEMS<br>ATTN: CONSUMER RELATIONS<br>7805 HUDSON ROAD, STE. 100<br>WOODBURY, MN 55125 | $0.00<br>INT: .00%<br>NAME ID: 183802<br>CLAIM #: 0037 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| COASTAL CAPITAL CORP<br>1 PLAZA RD.<br>GREENVALE, NY  11548 | $0.00<br>INT:  .00%<br>NAME ID: 188828<br>CLAIM #:  0013 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP: CHASE HOME FINANCE |
| COASTAL CAPITAL CORP.<br>220 PONTE VEDRA PARK DRIVE<br>PONTE VEDRA BEACH, FL  32082 | $0.00<br>INT:  .00%<br>NAME ID: 188829<br>CLAIM #:  0014 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP: CHASE HOME FINANCE |
| CR EVERGREEN LLC<br>MS 550<br>P O BOX 91121<br>SEATTLE, WA  98111-9221 | $8,329.68<br>INT:  .00%<br>NAME ID: 186486<br>CLAIM #:  0009 | UNSECURED<br><br>ACCT:  9485<br>COMMENT: |
| CREDIT BUREAU<br>POST OFFICE BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT:  .00%<br>NAME ID: 183804<br>CLAIM #:  0038 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT BUREAU OF GREENSBORO**<br>POST OFFICE BOX 26140<br>GREENSBORO, NC  27402-0040 | $0.00<br>INT:  .00%<br>NAME ID: 183805<br>CLAIM #:  0022 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CREDIT FINANCIAL SERVICES<br>POST OFFICE BOX  451<br>DURHAM, NC  27702-0451 | $0.00<br>INT:  .00%<br>NAME ID: 184196<br>CLAIM #:  0023 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DUKE FEDERAL CREDIT UNION<br>2200 WEST MAIN STREET<br>SUITE L 100<br>DURHAM, NC  27705 | $4,272.43<br>INT:  .00%<br>NAME ID: 185262<br>CLAIM #:  0024 | UNSECURED<br><br>ACCT:  7905<br>COMMENT:  SETOFF AMT: $25.00 |
| DUKE HOSPITAL<br>BILLING AND COLLECTIONS<br>POST OFFICE BOX 3095 HBO-AR<br>DURHAM, NC  27710-3095 | $0.00<br>INT:  .00%<br>NAME ID: 187949<br>CLAIM #:  0025 | UNSECURED<br>NOT FILED<br>ACCT:  5918<br>COMMENT: |
| DUKE PRIMARY CARE<br>POST OFFICE BOX 70841<br>CHARLOTTE, NC  28272-0841 | $0.00<br>INT:  .00%<br>NAME ID: 184365<br>CLAIM #:  0026 | UNSECURED<br>NOT FILED<br>ACCT:  8094<br>COMMENT: |
| DUKE PRIVATE DIAGNOSTIC CLINIC<br>POST OFFICE BOX 530<br>DURHAM, NC  27702-0530 | $0.00<br>INT:  .00%<br>NAME ID: 184752<br>CLAIM #:  0027 | UNSECURED<br>NOT FILED<br>ACCT:  0606<br>COMMENT: |
| DUKE UNIVERSITY HEALTH SYSTEM<br>5213 S ALSTON AVE<br>DURHAM, NC  27713 | $6,529.02<br>INT:  .00%<br>NAME ID: 112370<br>CLAIM #:  0028 | UNSECURED<br><br>ACCT:  8427<br>COMMENT: |
| DUKE UNIVERSITY HOSPITAL<br>POST OFFICE BOX 900002<br>RALEIGH, NC  27675-9000 | $0.00<br>INT:  .00%<br>NAME ID: 188140<br>CLAIM #:  0029 | UNSECURED<br>NOT FILED<br>ACCT:  7498<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| DUKE UNIVERSITY HOSPITAL<br>POST OFFICE BOX 101967<br>ATLANTA, GA 30392-1737 | $0.00<br>INT: .00%<br>NAME ID: 184827<br>CLAIM #: 0030 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP: DUKE UNIVERSITY HOSPITAL |
| DUKE UNIVERSITY HOSPITAL**<br>PO BOX 15000<br>DURHAM, NC 27704 | $0.00<br>INT: .00%<br>NAME ID: 184573<br>CLAIM #: 0031 | UNSECURED<br>NOT FILED<br>ACCT: 5231<br>COMMENT: |
| DUKE UNIVERSITY HOSPITAL**<br>PO BOX 15000<br>DURHAM, NC 27704 | $0.00<br>INT: .00%<br>NAME ID: 184573<br>CLAIM #: 0032 | UNSECURED<br>NOT FILED<br>ACCT: 2667<br>COMMENT: |
| DURHAM CITY/COUNTY TAX OFFICE<br>200 E MAIN STREET 1ST FLOOR<br>P O BOX 3397<br>DURHAM, NC 27702 | $418.49<br>INT: .00%<br>NAME ID: 635<br>CLAIM #: 0003 | PRIORITY<br><br>ACCT: 0189<br>COMMENT: 09 VEHICLE TAXES |
| DURHAM COUNTY REGISTER OF DEED<br>COUNTY JUDICIAL BUILDING<br>DURHAM, NC 27702 | $28.00<br>INT: .00%<br>NAME ID: 3044<br>CLAIM #: 0051 | SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: RECORD NOTICE |
| DURHAM COUNTY TAX COLLECTOR<br>200 E MAIN STREET<br>P O BOX 3397<br>DURHAM, NC 27702 | $0.00<br>INT: .00%<br>NAME ID: 509<br>CLAIM #: 0002 | PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DURHAM REGIONAL HOSPITAL<br>POST OFFICE BOX 91040<br>DURHAM, NC 27708-1040 | $0.00<br>INT: .00%<br>NAME ID: 183918<br>CLAIM #: 0033 | UNSECURED<br>NOT FILED<br>ACCT: 0844<br>COMMENT: |
| EMPLOYMENT SECURITY COMMISSION<br>ATTN: BENEFIT PAYMENT CONTROL<br>POST OFFICE BOX 26504<br>RALEIGH, NC 27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 183807<br>CLAIM #: 0034 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EQUIFAX INFORMATION SYSTEMS LLC<br>P.O. BOX 740241<br>ATLANTA, GA 30374-0241 | $0.00<br>INT: .00%<br>NAME ID: 183808<br>CLAIM #: 0039 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXPERIAN<br>P.O. BOX 2002<br>ALLEN, TX 75013-2002 | $0.00<br>INT: .00%<br>NAME ID: 183809<br>CLAIM #: 0040 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FANNIE MAE<br>3900 WISCONSIN AVE, NW<br>WASHINGTON, DC 20016-2892 | $0.00<br>INT: .00%<br>NAME ID: 188830<br>CLAIM #: 0015 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP: CHASE HOME FINANCE |
| FREDDIE MAC<br>8200 JONES BRANCH DR<br>MC LEAN, VA 22102-3100 | $0.00<br>INT: .00%<br>NAME ID: 188831<br>CLAIM #: 0016 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP: CHASE HOME FINANCE |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE  STE 1120<br>MIAMI, FL  33131-1605 | $0.00<br>INT:  .00%<br>NAME ID:  105162<br>CLAIM #:  0047 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP:JC PENNEY CREDIT SERVICES |
| INNOVIS DATA SOLUTIONS<br>ATTN: CONSUMER ASSISTANCE<br>P.O. BOX 1534<br>COLUMBUS, OH  43216-1534 | $0.00<br>INT:  .00%<br>NAME ID:  183812<br>CLAIM #:  0041 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| INTERNAL REVENUE SERVICE (MD)**<br>POST OFFICE BOX 21126<br>PHILADELPHIA, PA  19114-0326 | $0.00<br>INT:  .00%<br>NAME ID:  185363<br>CLAIM #:  0004 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| KROSS LIEBERMAN & STONE<br>P O BOX 17449<br>RALEIGH, NC  27619 | $75.66<br>INT:  .00%<br>NAME ID:  81238<br>CLAIM #:  0035 | UNSECURED<br><br>ACCT:  I001<br>COMMENT: |
| MARK H. BLACK<br>5316 SIX FORKS RD<br>1ST FLOOR<br>RALEIGH, NC  27609 | $0.00<br>INT:  .00%<br>NAME ID:  188834<br>CLAIM #:  0017 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP: CHASE HOME FINANCE |
| MARK H. BLACK<br>1312 BRIAR PATCH LN.<br>RALEIGH, NC  27615 | $0.00<br>INT:  .00%<br>NAME ID:  188833<br>CLAIM #:  0018 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP: CHASE HOME FINANCE |
| NATIONWIDE TITLE CLEARING<br>101 N. BRAND, #1800<br>GLENDALE, CA  91203 | $0.00<br>INT:  .00%<br>NAME ID:  188835<br>CLAIM #:  0019 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT:  REP: CHASE HOME FINANCE |
| NC CHILD SUPPORT<br>CENTRALIZED COLLECTIONS<br>POST OFFICE BOX 900006<br>RALEIGH, NC  27675-9006 | $0.00<br>INT:  .00%<br>NAME ID:  183816<br>CLAIM #:  0042 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NC DEPARTMENT OF REVENUE<br>POST OFFICE BOX 25000<br>RALEIGH, NC  27640-0002 | $0.00<br>INT:  .00%<br>NAME ID:  183817<br>CLAIM #:  0006 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NORTH CAROLINA DEPARTMENT OF REVENUE<br>C/O NC DEPARTMENT OF JUSTICE<br>POST OFFICE BOX 629<br>RALEIGH, NC  27602-0629 | $0.00<br>INT:  .00%<br>NAME ID:  183818<br>CLAIM #:  0043 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| NORTH CAROLINA EMPLOYMENT SECURITY COMMISSION<br>POST OFFICE BOX 26504<br>RALEIGH, NC  27611 | $0.00<br>INT:  .00%<br>NAME ID:  183819<br>CLAIM #:  0044 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SESSOMS & ROGERS P.A.<br>ATTORNEYS AT LAW<br>POST OFFICE BOX 52508<br>DURHAM, NC  27717-2508 | $0.00<br>INT:  .00%<br>NAME ID:  185370<br>CLAIM #:  0011 | NOTICES ONLY<br>NOT FILED<br>ACCT:  6968<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| TRANS UNION CORPORATION<br>P.O. BOX 2000<br>CRUM LYNNE, PA 19022-2000 | $0.00<br>INT: .00%<br>NAME ID: 183823<br>CLAIM #: 0045 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC 27502-1858 | $0.00<br>INT: .00%<br>NAME ID: 185373<br>CLAIM #: 0005 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP: IRS |
| US ATTORNEY'S OFFICE (MD)**<br>MIDDLE DISTRICT<br>POST OFFICE BOX 1858<br>GREENSBORO, NC 27502-1858 | $0.00<br>INT: .00%<br>NAME ID: 185373<br>CLAIM #: 0020 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP: CHASE HOME FINANCE |
| WASHINGTON MUTUAL<br>7255 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256-6851 | MONTHLY PMT $670.11<br>INT: .00%<br>NAME ID: 66376<br>CLAIM #: 0012 | ONGOING DEBT<br><br>ACCT: 3506<br>COMMENT: 1ST DEED/TRUST(RES) |
| WASHINGTON MUTUAL<br>HOME LOANS INC.<br>2210 ENTERPRISE DRIVE<br>FLORENCE, SC 29501 | $0.00<br>INT: .00%<br>NAME ID: 188837<br>CLAIM #: 0021 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: REP: CHASE HOME FINANCE |
| WASHINGTON MUTUAL<br>7255 BAYMEADOWS WAY<br>JACKSONVILLE, FL 32256-6851 | $4,041.42<br>INT: .00%<br>NAME ID: 66376<br>CLAIM #: 0049 | ARREARS-MORTGAGES/MOBILE HOMES<br><br>ACCT: 3506<br>COMMENT: ARREARS/1ST D/T(RES) |
| WELLS FARGO DEALER SERVICES INC<br>P O BOX 25341<br>SANTA ANA, CA 92799 | $7,899.00<br>INT: 5.25%<br>NAME ID: 196011<br>CLAIM #: 0001 | VEHICLE<br><br>ACCT: 7548<br>COMMENT: 05 FORD FIVE HUNDRED |
| WELLS FARGO DEALER SERVICES INC<br>P O BOX 25341<br>SANTA ANA, CA 92799 | $2,028.54<br>INT: .00%<br>NAME ID: 196011<br>CLAIM #: 10001 | UNSECURED<br><br>ACCT: 7548<br>COMMENT: Split Claim |
| WILLIAM BISHOP<br>2211 LEAH DRIVE<br>HILLSBOROUGH, NC 27278 | $0.00<br>INT: .00%<br>NAME ID: 188838<br>CLAIM #: 0036 | UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$41,191.16** | |
| JOHN T ORCUTT<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC 27615 | $2,800.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II
P. O. BOX 3613
DURHAM, NC 27702-3613

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  07/23/2010

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Brenda Nelms
Clerk
Chapter 13 Office
P. O. BOX 3613
DURHAM, NC  27702-3613

cc:  Debtors
     Attorney for Debtors